IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DREW C. HARTLEY,

    Plaintiff,

vs.                                             CASE NO. 5:08cv244/RS-MD

K. A. SHAW, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 6) and Plaintiff's Objections to Magistrate Judge's Report and Recommendation (Doc. 7). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(g).

3. The clerk is directed to close the file.

**ORDERED** on August 22, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**